THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DON OWEN RAHN *et al.*, Defendants-Appellants.

(No. 11675, 11676 cons.; )

Fourth District—October 25, 1972.

Opinion by Mr. JUSTICE SIMKINS.

John F. McNichols, of Defender Project, of Springfield, (J. Daniel Stewart, of counsel,) for appellants.

No appearance for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM L. CHANDLER, Defendant-Appellant.

(No. 56087; )

First District—September 20, 1972.

